UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT B. HIBORN | CIVIL ACTION |
| VERSUS | NO. 07-9785 |
| SPECIALTY DIVING OF LOUISIANA, INC. | SECTION "F" |

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the defendant's Motion to Dismiss, set for hearing on July 29, 2009, has been timely submitted.

Accordingly, the motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the defendant's Motion to Dismiss is GRANTED as unopposed. The plaintiff's claims are hereby dismissed.

New Orleans, Louisiana, July 28, 2009.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE